State of New York
Supreme Court, Appellate Division
Third Judicial Department

Decided and Entered:  July 31, 2014

D-37-14

FILED
CLERK
2014 AUG 11 PM 12:03
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

MISC 14  954

COGAN, J.

In the Matter of ERIK C.
SANDERSON, an Attorney.

COMMITTEE ON PROFESSIONAL
STANDARDS,
                    Petitioner;             MEMORANDUM AND ORDER

ERIK C. SANDERSON,
                    Respondent.

(Attorney Registration No. 4028205)

Calendar Date:  June 30, 2014.

Before:  Lahtinen, J.P., Stein, Garry, Rose and Clark, JJ.

     Monica A. Duffy, Committee on Professional Standards, Albany (Michael K. Creaser of counsel), for petitioner.

     Erik C. Sanderson, Waterford, respondent pro se.

Per Curiam.

     Respondent was admitted to practice by this Court in 2002 and presently resides in the Town of Waterford, Saratoga County.

     On February 7, 2012, respondent was convicted in Albany County upon his plea of guilty of the crime of promoting a sexual performance by a child, a class D felony (see Penal Law

954

-3-                                        D-37-14

ORDERED that respondent is commanded to desist and refrain from the practice of law in any form, either as a principal or as agent, clerk or employee of another; and respondent is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto; and it is further

ORDERED that respondent shall comply with the provisions of this Court's rules regulating the conduct of disbarred attorneys (see 22 NYCRR 806.9).

ENTER:

*Robert D Mayberger*

Robert D. Mayberger
Clerk of the Court

APPELLATE DIVISION SUPREME COURT - THIRD DEPARTMENT
STATE OF NEW YORK
I, ROBERT D. MAYBERGER, Clerk of the Appellate Division of the Supreme Court Third Judicial Department, do hereby certify that I have compared this copy with the original thereof filed in said office on 7/31/14 and that the same is a correct transcript thereof and of the whole said original. IN WITNESS WHEREOF I have hereonto set my hand and affixed the seal of this Court on    7/31/14

*Robert D Mayberger*